**Peoria City Lines, Inc. and John O. Gorman, Plaintiffs-Appellants, v. William R. Lowe and Bond Loan Company, Defendants-Appellees.**

Gen. No. 11,329.

Second District, Second Division.
April 26, 1960.
Rehearing denied June 8, 1960.

Cassidy and Cassidy (John E. Cassidy, Jr., of counsel) for appellants; Heyl, Royster, and Voelker, for appellees. Opinion by JUSTICE CROW. Not to be published in full.